NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
newvivekshah@gmail.com
(224) 246-2874

FILED FORM
**FILED**
CLERK, U.S. DISTRICT COURT

MAR 18 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ rsm _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ATTORNEY(S) FOR: pro se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VIVEK SHAH

Plaintiff(s),

v.

CRAIN COMMUNICATIONS, INC.

Defendant(s)

CASE NUMBER:

**2:26-CV-03070-RGK-AGRx**

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ VIVEK SHAH _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VIVEK | NONE |

March 18, 2026
Date

/s/ Vivek Shah
Signature

Attorney of record for (or name of party appearing in pro per):

VIVEK SHAH