**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHAH<br>Plaintiff(s),<br>v.<br>CRAIN COMMUNICATIONS, INC.<br>Defendant(s). | CASE NUMBER:<br>2:26−cv−03070−RGK−AGR<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| 6/1/2026 | 11 | Defendant Crain Communications, Inc.'s Motion to Dismiss |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: June 2, 2026

*/s/ R. Gary Klausner*
United States District Judge