VIVEK SHAH
1301 N. Broadway, Ste 32167
Los Angeles, CA 90012
Telephone: (224) 246-2874
Email: newvivekshah@gmail.com

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| VIVEK SHAH,<br><br>       Plaintiff,<br><br>   v.<br><br>CRAIN COMMUNICATIONS, INC.,<br><br>       Defendant. | Case No. 2:26-cv-03070-RGK-CTS<br><br>Assigned to Hon. R. Gary Klausner<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i), WITH EXPRESS RESERVATION OF PLAINTIFF'S RIGHT TO APPEAL THE PRE-FILING ORDER (DKT. 34)**<br><br>Complaint Filed: March 18, 2026<br>Trial Date: March 23, 2027 |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Vivek Shah ("Plaintiff") hereby voluntarily dismisses all of his claims against Defendant Crain Communications, Inc. ("Defendant") in the above-captioned action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and states as follows:

**RECITALS**

A.  Defendant has served neither an answer nor a motion for summary judgment in this action. Plaintiff may therefore dismiss this action by notice as of

1

right under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and this dismissal is effective upon filing without further order of the Court.

B.   On July 20, 2026, the Court entered an Order (Dkt. 34) that, among other things, declared Plaintiff a vexatious litigant and entered a pre-filing order against Plaintiff (the "Pre-Filing Order").

C.   This Notice resolves only Plaintiff's affirmative claims against Defendant. It does not embody, adopt, ratify, resolve, moot, or otherwise address the Pre-Filing Order, which is a collateral order entered by the Court and remains in effect subject to Plaintiff's right of appeal as set forth below.

## NOTICE OF DISMISSAL

NOW, THEREFORE, Plaintiff gives notice as follows:

1.   **Dismissal with prejudice.** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice in their entirety. Rule 41(a)(1)(B) provides: "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." This Notice states otherwise: the dismissal is with prejudice. Plaintiff understands and intends that this dismissal is a final and complete adjudication terminating Plaintiff's claims against Defendant, and that Plaintiff may not refile those claims.

2.   **Express reservation of appeal.** Plaintiff expressly, unequivocally, and specifically reserves the right to appeal the Court's July 20, 2026 Order (Dkt. 34)

2

declaring Plaintiff a vexatious litigant and entering the Pre-Filing Order, and any part thereof. This dismissal is entered subject to, and without waiver of, that reserved right. Nothing in this Notice, and nothing in the dismissal of Plaintiff's claims, shall be construed to waive, release, forfeit, moot, or otherwise impair Plaintiff's right to seek appellate review of the Pre-Filing Order, or to constitute Plaintiff's consent to or acquiescence in the Pre-Filing Order.

3.    **No effect on the Pre-Filing Order.** The Pre-Filing Order is not part of, consideration for, or otherwise connected to this dismissal, and is neither modified nor endorsed by this Notice. It remains a collateral, court-imposed order. Entry of this dismissal renders the Court's disposition of the action final for purposes of appellate review of the Pre-Filing Order under 28 U.S.C. § 1291.

4.    **Finality.** This Notice and the dismissal with prejudice of Plaintiff's claims conclude all claims in this action and constitute a final, appealable disposition.

Dated: July 23, 2026                    Respectfully submitted,

/s/ Vivek Shah
VIVEK SHAH
Plaintiff in Pro Se

3